Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
Andrew J. Somers, #19078
**BRIAN S. KING, P.C.**
420 E. South Temple, Ste 420
Salt Lake City, UT 84111
Telephone: 801-532-1739
Facsimile: 801-532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com
andrew@briansking.com

*Attorney for Plaintiff*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANDY S., individually and on behalf of A.S., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, ENTERPRISE HOLDINGS HEALTH and WELFARE BENEFITS PLAN, ENTERPRISE HOLDINGS VP GLOBAL BENEFITS PLAN ADMINISTRATOR<br><br>Defendants. | **STIPULATED MOTION TO DISMISS**<br><br>Case No. 1:23-cv-00028-DBB-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

The parties, through their undersigned counsel, hereby stipulate and move the Court to dismiss the above captioned matter with prejudice. Each party is to bear its own fees and costs.

Dated this 12th day of July, 2024.

<div style="display: flex;">
<div>

/s/ Brian S. King
Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
Andrew J. Somers, #19078
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
brian@briansking.com
brent@briansking.com
samuel@briansking.com
andrew@briansking.com

*Attorneys for Plaintiff*

</div>
<div>

/s/ Rebecca R. Hanson (*with permission*)
Rebecca R. Hanson, #18009
**REED SMITH LLP**
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
Telephone: (312) 207-1000
rhanson@reedsmith.com

Heather S. White, #7674
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 521-9000
hwhite@spencerfane.com

*Attorneys for Defendants*

</div>
</div>

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been sent to all parties registered to receive court notices via the Court's CM/ECF system.

Dated this 12th day of July, 2024.

                                                          /s/ Brian S. King